**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No.: 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No.: 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel.: (702) 805-8340
Fax: (702) 625-3893
*Counsel for Plaintiffs*
~AND~
**STUEVE SIEGEL HANSON LLP**
**GEORGE A. HANSON, ESQ.**, *pro hac vice*
Missouri Bar No.: 43450
E-mail: hanson@stuevesiegel.com
**ALEXANDER T. RICKE, ESQ.**, *pro hac vice*
Missouri Bar No.: 65132
E-mail: ricke@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel.: (816) 714-7100
Fax: (816) 714-7101
*Counsel for Plaintiffs*
~AND~
ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **KRYSTAL LOCKETT**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PINNACLE ENTERTAINMENT, INC.**, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00315-APG-NJK<br><br>**PLAINTIFFS' UNOPPOSED MOTION [AND PROPOSED ORDER] FOR AN EXTENSION OF TIME TO RESPOND TO FOREIGN SUBSIDIARY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) (ECF No. 30), DEFENDANTS' MOTION TO TRANSFER (ECF No. 31), AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF No. 32)**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiffs move the Court for a seven day extension of time – from the current deadline of April 17, 2019, until up to and including April 24, 2019 – to respond to Defendants' three pending motions: (1) the Foreign Subsidiary Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (ECF No. 30); (2) Defendants' Motion to Transfer Case to the United States District Court for the Western District of Missouri (ECF No. 31); and (3) Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 32).

In support of this unopposed Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Class and Collective Action Complaint and Jury Demand on February 21, 2019. (ECF No. 1).

2. This Court granted Defendants' unopposed request for an extension of time (approximately 19 days) to respond to Plaintiffs' Complaint. (ECF No. 27).

3. On April 3, 2019, Defendants filed three motions: (1) the Foreign Subsidiary Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (ECF No. 30); (2) Defendants' Motion to Transfer Case to the United States District Court for the Western District of Missouri (ECF No. 31); and (3) Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 32).

4. The current deadline for Plaintiffs to respond to Defendants' three pending motions is April 17, 2019.

5. Plaintiffs are requesting a seven day extension of time, up to and including April 24, 2019, to respond to Defendants' three pending motions. This is Plaintiffs' first request for an extension of time.

6. Despite the exercise of diligence, counsel for Plaintiffs reasonably believe they will require an additional 7 days (to April 24, 2019) to adequately prepare their responses to Defendants' motions, which cite numerous cases and attach a substantial volume of evidentiary materials. This extension of time is sought for good cause and to ensure that

1 Plaintiffs can fully and fairly present their arguments. This requested extension of time will not prejudice Defendants, nor will it unduly delay the timely disposition of this matter.

7. This extension of time is also in the interest of justice because it will allow the parties additional time to discuss a written proposal made by Plaintiffs to Defendants on April 9, 2019, that may moot at least some of the issues raised in Defendants' pending motions. Lead counsel for Defendants indicated that she had limited availability to review and discuss that proposal with her clients last week. Plaintiffs are currently awaiting Defendants' response to Plaintiffs' proposal. Lead counsel for Plaintiffs is traveling this week and has limited availability due to an initial case management conference and related meetings occurring in Florida in connection with a new MDL matter.

8. Defendants' counsel has confirmed that Defendants do not oppose Plaintiffs' requested extension.

WHEREFORE, Plaintiffs respectfully request the Court grant them a seven day extension of time, up to and including April 24, 2019, to respond to Defendants' three pending motions: (1) the Foreign Subsidiary Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (ECF No. 30); (2) Defendants' Motion to Transfer Case to the United States District Court for the Western District of Missouri (ECF No. 31); and (3) Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 32).

Dated: April 16, 2019      Respectfully submitted:

**HKM EMPLOYMENT ATTORNEYS LLP**
*/s/ Jenny Foley*
**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No.: 9017
E-mail:jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No.: 14728
E-mail:mkurshumova@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel.:   (702) 805-8340
Fax:   (702) 625-3893

| | |
|---|---|
| 1 | AND |
| 2 | **STUEVE SIEGEL HANSON LLP** |
| | */s/ George A. Hanson* |
| 3 | **GEORGE A. HANSON, ESQ.**, *pro hac vice* |
| | Missouri Bar No.: 43450 |
| 4 | E-mail:hanson@stuevesiegel.com |
| | **ALEXANDER T. RICKE, ESQ.**, *pro hac vice* |
| 5 | Missouri Bar No.: 65132 |
| | E-mail:ricke@stuevesiegel.com |
| 6 | 460 Nichols Road, Suite 200 |
| 7 | Kansas City, Missouri 64112 |
| | Tel.:   (816) 714-7100 |
| 8 | Fax:   (816) 714-7101 |
| 9 | AND |
| 10 | **McCLELLAND LAW FIRM, P.C.** |
| | */s/ Ryan L. McClelland* |
| 11 | **RYAN L. MCCLELLAND, ESQ.**, *pro hac vice* |
| 12 | Missouri Bar No.: 59343 |
| | E-mail:ryan@mcclellandlawfirm.com |
| 13 | **MICHAEL J. RAHMBERG, ESQ.**, *pro hac vice* |
| 14 | Missouri Bar No.: 66979 |
| | E-mail:mrahmberg@mcclellandlawfirm.com |
| 15 | The Flagship Building |
| | 200 Westwoods Drive |
| 16 | Liberty, Missouri 64068-1170 |
| 17 | Tel.:   (816) 781-0002 |
| | Fax:   (816) 781-1984 |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | |

AND

**OSMAN & SMAY LLP**
*/s/ Matthew E. Osman*
**MATTHEW E. OSMAN, ESQ.**, *pro hac vice*
Missouri Bar No.: 60137
E-mail: mosman@workerwagerights.com
**KATHRYN S. RICKLEY, ESQ.**, *pro hac vice*
Missouri Bar No.: 59435
E-mail: krickley@workerwagerights.com
8500 W. 110th Street, Suite 330
Overland Park, Kansas 66210
Tel.:     (913) 667-9243
Fax:     (866) 470-9243

*Counsel for Plaintiffs*

## **ORDER**

Based upon the above foregoing,

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: April 16, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2019, I caused to be served a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION [AND PROPOSED ORDER] FOR AN EXTENSION OF TIME TO RESPOND TO FOREIGN SUBSIDIARY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) (ECF No. 30), DEFENDANTS' MOTION TO TRANSFER (ECF No. 31), AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF No. 32)** on the following persons as follows:

\_\_\_\_ by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

  X   to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

\_\_\_\_ to be hand delivered to the persons and/or addresses below:

    /s/ Ciara Contreras
An Employee of HKM EMPLOYMENT ATTORNEYS LLP