# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:19–cv–00315–APG–NJK

Lockett et. al. v. Pinnacle Entertainment Inc., et. al.

Assigned to: Judge Andrew P. Gordon

Referred to: Magistrate Judge Nancy J. Koppe

Cause: 29:201 Fair Labor Standards Act

Date Filed: 02/21/2019

Jury Demand: Both

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

**Plaintiff**

**Krystal Lockett**                                          represented by

**Jenny L Foley**
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara
Suite 325
Las Vegas, NV 89104
702–577–3029
Fax: 702–577–3029
Email: jfoley@hkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816–714–7100
Fax: 816–714–7101
Email: ricke@stuevesiegel.com
*ATTORNEY TO BE NOTICED*

**George A Hanson**
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816–714–7100
Fax: 816–714–7101
Email: hanson@stuevesiegel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
Osman & Smay LLP
8500 W 110th St
Suite 330
Overland Park, KS 66210
913–667–9243
Email: krickley@workerwagerights.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
HKM Employment Attorneys

1785 East Sahara Ave, Suite 325
Las Vegas, NV 89104
702–805–8340
Email: mkurshumova@hkm.com
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
Osman & Smay LLP
8500 W 110th St
Suite 330
Overland Park, KS 66210
913–667–9243
Email: mosman@workerwagerights.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
McClelland Law Firm, P.C.
200 Westwoods Drive
Liberty, MO 64068
816–781–0002
Fax: 816–781–1984
Email: mrahmberg@mcclellandlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
McClelland Law Firm, P.C.
200 Westwoods Drive
Liberty, MO 64068
816–781–0002
Fax: 816–781–1984
Email: ryan@mcclellandlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amber L. Caswell**                    represented by  **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| Jacqueline Davis | represented by | **Jenny L Foley** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David C. Devun, Jr.**                    represented by   **Jenny L Foley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander T Ricke**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **George A Hanson**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kathryn S. Rickley**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marta D. Kurshumova**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew E Osman**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael James Rahmberg**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ryan L. McClelland**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tabatha K. Dozier**                      represented by   **Jenny L Foley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander T Ricke**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Seth B. Istre**                                 represented by   **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Racal Johnson                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia J. Kofron**                    represented by    **Jenny L Foley**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander T Ricke**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **George A Hanson**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kathryn S. Rickley**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marta D. Kurshumova**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew E Osman**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael James Rahmberg**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ryan L. McClelland**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonisha S. Lonzo**                     represented by    **Jenny L Foley**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander T Ricke**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **George A Hanson**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan J. McDermott**                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Mitchell**                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Perez**                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Wayne Sheffield**                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamaica S. Young**                    represented by    **Jenny L Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T Ricke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn S. Rickley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta D. Kurshumova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E Osman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Rahmberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan L. McClelland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Pinnacle Entertainment, Inc.**                    represented by **Denise Drake**
Polsinelli
900 W. 48th Place
Suite 900
Kansas City, MO 64112
816–395–0600
Email: ddrake@polsinelli.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason N. W. Plowman**
Polsinelli
900 W. 48th Place
Suite 900
Kansas City, MO 64112
816–753–1000 x4192
Email: jplowman@polsinelli.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
Greenberg Traurig
10845 Griffith Peak
Suite 600
Las Vegas, NV 89135
702–792–3773
Fax: 702–792–9002
Email: ferrariom@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816–753–1000
Fax: 816–753–1536
Email: tsalmon@polsinelli.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Ameristar Casino Council Bluffs, LLC**
*doing business as*
Ameristar Council Bluffs

represented by **Denise Drake**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason N. W. Plowman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameristar Casino East Chicago, LLC**
*doing business as*
Ameristar East Chicago

represented by **Denise Drake**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason N. W. Plowman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cactus Pete's, LLC**
*doing business as*
Cactus Pete's Resort Casino

represented by **Denise Drake**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jason N. W. Plowman
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Louisiana–I Gaming**                    represented by    **Denise Drake**
*doing business as*                                        (See above for address)
Boomtown New Orleans                                       *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason N. W. Plowman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark E Ferrario**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Travis Salmon**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**PNK (Baton Rouge) Partnership**         represented by    **Denise Drake**
*doing business as*                                        (See above for address)
L'Auberge Baton Rouge                                      *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason N. W. Plowman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PNK (Bossier City), L.L.C.**                     represented by     **Denise Drake**
*doing business as*                                                                      (See above for address)
Boomtown Bossier City                                                            *LEAD ATTORNEY*
                                                                                                       *PRO HAC VICE*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Jason N. W. Plowman**
                                                                                                       (See above for address)
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *PRO HAC VICE*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Mark E Ferrario**
                                                                                                       (See above for address)
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Travis Salmon**
                                                                                                       (See above for address)
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *PRO HAC VICE*
                                                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**PNK (Lake Charles), L.L.C.**                     represented by     **Denise Drake**
*doing business as*                                                                      (See above for address)
L'Auberge Lake Charles                                                          *LEAD ATTORNEY*
                                                                                                       *PRO HAC VICE*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Jason N. W. Plowman**
                                                                                                       (See above for address)
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *PRO HAC VICE*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Mark E Ferrario**
                                                                                                       (See above for address)
                                                                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PNK (River City), LLC**
*doing business as*
River City

represented by **Denise Drake**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason N. W. Plowman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PNK Vicksburg, LLC**
*doing business as*
Ameristar Vicksburg

represented by **Denise Drake**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason N. W. Plowman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Ferrario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Salmon**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Washington Trotting Association, LLC**<br>*doing business as*<br>The Meadows | represented by | **Denise Drake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason N. W. Plowman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark E Ferrario**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Travis Salmon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2019 | Ï 1 | First COMPLAINT against Pinnacle Entertainment Inc., et. al. (Filing fee $400 receipt number 0978−5440007) by Krystal Lockett et. al.. Proof of service due by 5/22/2019. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons)(Foley, Jenny)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 02/21/2019) |
| 02/21/2019 | Ï 2 | CERTIFICATE of Interested Parties by Krystal Lockett et. al.. There are no known interested parties other than those participating in the case (Foley, Jenny) (Entered: 02/21/2019) |
| 02/21/2019 | Ï | Case randomly assigned to Judge Andrew P. Gordon and Magistrate Judge Nancy J. Koppe. (MR) (Entered: 02/21/2019) |
| 02/21/2019 | Ï 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11−2. Counsel Alexander T. Ricke, George A. Hanson, Kathryn S. Rickley, Matthew E. Osman, Michael J. Rahmberg, and Ryan L. McClelland to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website − www.nvd.uscourts.gov.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney. Verified |

| | | |
|---|---|---|
| | | Petition due by 4/7/2019. **(no image attached)** (MR) (Entered: 02/21/2019) |
| 02/21/2019 | Ï 4 | CLERK'S NOTICE 1 –2 – 1 –12 Proposed Summons. Summons not issued due to attorney's information not listed pursuant to FRCP 4C. Pursuant to FRCP 4C summons are to State the name and address of the Plaintiff's attorney. Attorney advised to download and complete updated "AO 440 (Rev. 6/12) Summons in a Civil Action" form from Court's Website in accordance with FRCP 4C and refile as a separate event using "Proposed Summons to be Issued" event. **(no image attached)** (TR) (Entered: 02/21/2019) |
| 02/21/2019 | Ï 5 | PROPOSED SUMMONS to be issued by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons)(Foley, Jenny) (Entered: 02/21/2019) |
| 02/21/2019 | Ï 6 | Summons Issued as to Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., and Washington Trotting Association, LLC re 1 Complaint. (MR) (Entered: 02/21/2019) |
| 02/25/2019 | Ï 7 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 2/25/2019.<br><br>This case has been assigned to the Honorable Andrew P. Gordon. Judge Gordon's Chambers Practices, which are posted on the U.S. District Court, District of Nevada public website, may also be accessed directly via this hyperlink: www.nvd.uscourts.gov.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF – MAJ) (Entered: 02/25/2019) |
| 02/27/2019 | Ï 8 | PROPOSED SUMMONS to be issued on *Cactus Pete's* by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 02/27/2019) |
| 02/27/2019 | Ï 9 | Summons Issued as to Cactus Pete's, LLC re 1 Complaint. (MR) (Entered: 02/27/2019) |
| 03/05/2019 | Ï 10 | PROPOSED SUMMONS to be issued by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Attachments: # 1 Summons Proposed Summons to be Executed, # 2 Summons Proposed Summons to be issued)(Foley, Jenny) (Entered: 03/05/2019) |
| 03/05/2019 | Ï 11 | Summons Issued as to Louisiana–I Gaming, PNK (Baton Rouge) Partnership re 1 Complaint. (MR) (Entered: 03/05/2019) |
| 03/06/2019 | Ï 12 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Kathryn Joann Starrett Rickley and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456904) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/06/2019 | Ï 13 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Matthew Edward Osman and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456908) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. |

| | | |
|---|---|---|
| | | Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/06/2019 | 14 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan L. McClelland and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456914) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/06/2019 | 15 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Michael J. Rahmberg and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456917) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/06/2019 | 16 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Alexander T. Ricke and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456921) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/06/2019 | 17 | First MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by George A. Hanson and DESIGNATION of Local Counsel Jenny L. Foley (Filing fee $ 250 receipt number 0978–5456925) by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 03/06/2019) |
| 03/07/2019 | 18 | ORDER Granting 12 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Kathryn S. Rickley and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
| 03/07/2019 | 19 | ORDER Granting 13 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Matthew E. Osman and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
| 03/07/2019 | 20 | ORDER Granting 14 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan L. McClelland and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
| 03/07/2019 | 21 | ORDER Granting 15 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Michael J. Rahmberg and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form |

| | | on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
|---|---|---|
| 03/07/2019 | 22 | ORDER Granting 16 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Alexander T. Ricke and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
| 03/07/2019 | 23 | ORDER Granting 17 Verified Petition for Permission to Practice Pro Hac Vice for Attorney George A. Hanson and approving Designation of Local Counsel Jenny L. Foley. Signed by Judge Andrew P. Gordon on 3/7/2019.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 03/07/2019) |
| 03/07/2019 | 24 | NOTICE *of Plaintiffs' First Notice of Filing Consents to Become Party Plaintiffs* by Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamica S. Young. (Foley, Jenny) (Entered: 03/07/2019) |
| 03/14/2019 | 25 | NOTICE *of Plaintiffs' Second Notice of Filing Consents to Become Party Plaintiffs* by Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamica S. Young. (Foley, Jenny) (Entered: 03/14/2019) |
| 03/15/2019 | 26 | Unopposed MOTION to Extend Time (First Request) *to Answer or Respond to Plaintiffs' Complaint* re 1 Complaint,, by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 03/15/2019) |
| 03/18/2019 | 27 | ORDER Granting 26 Unopposed Motion to Extend Time re 1 Complaint (First Request). All Defendants answer due 4/3/2019. Signed by Magistrate Judge Nancy J. Koppe on 3/18/2019.<br>(Copies have been distributed pursuant to the NEF – MR) (Entered: 03/18/2019) |
| 03/27/2019 | 28 | NOTICE *Plaintiffs' Third Notice of Filing Consents to Become Party Plaintiffs* by Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamica S. Young re 24 Notice (Other), 25 Notice (Other),. (Foley, Jenny) (Entered: 03/27/2019) |
| 04/03/2019 | 29 | CERTIFICATE of Interested Parties by Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC that identifies all parties that have an interest in the outcome of this case. Corporate Parent Penn National Gaming, Inc. for Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC added. (Ferrario, Mark) (Entered: 04/03/2019) |
| 04/03/2019 | 30 | MOTION to Dismiss 1 Complaint,, by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK |

| | | |
|---|---|---|
| | | (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Washington Trotting Association, LLC. Responses due by 4/17/2019. (Ferrario, Mark) (Entered: 04/03/2019) |
| 04/03/2019 | 31 | MOTION to Change Venue. *to the United State District Court for the Western District of Missouri* Responses due by 4/17/2019. (Attachments: # 1 Exhibit 1 – Initial Complaint filed in re 15–00095 CV–W–GAF (Western District of Missouri), # 2 Exhibit 2 – Order of Partial Dismisal of Minimum Wage Claims in re 15–00095 CV–W–GAF (Western District of Missouri), # 3 Exhibit 3 – First Amended Complaint in re 15–00095 CV–W–GAF (Western District of Missouri), # 4 Exhibit 4 – Second Amended Complaint in re 15–00095 CV–W–GAF (Western District of Missouri), # 5 Exhibit 5 – Docket in re 15–00095 CV–W–GAF (Western District of Missouri), # 6 Exhibit 6 – Initial Complaint in re 4:17–cv–00374–BP (Western District of Missouri), # 7 Exhibit 7 – Donelson Declaration in re 4:17–cv–00374–BP (Western District of Missouri), # 8 Exhibit 8 – First Amended Complaint & Consents in re 4:17–cv–00374–BP (Western District of Missouri), # 9 Exhibit 9 – Order Transferring Case in re 4:17–cv–00374–BP (Western District of Missouri), # 10 Exhibit 10 – Order Granting Part'l Certification in re 4:17–cv–00374–BP (Western District of Missouri), # 11 Exhibit 11 –Order Denying Rule 23 Class Certification in re 4:17–cv–00374–BP (Western District of Missouri), # 12 Exhibit 12 – Consents of Lockett Named Plaintiffs to Join in re 4:17–cv–00374–BP (Western District of Missouri), # 13 Exhibit 13 – Phase II Scheduling Order and Discovery Plan in re 4:17–cv–00374–BP (Western District of Missouri), # 14 Exhibit 14 – Docket in re 4:17–cv–00374–BP (Western District of Missouri)) (Ferrario, Mark) (Entered: 04/03/2019) |
| 04/03/2019 | 32 | MOTION to Dismiss 1 Complaint,, by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. Responses due by 4/17/2019. (Attachments: # 1 Exhibit 1 – Rinaldi Declaration with Exhibits, # 2 Exhibit 2 – Davis Declaration with Exhibits) (Ferrario, Mark) (Entered: 04/03/2019) |
| 04/03/2019 | 33 | ANSWER to 1 Complaint,, filed by Cactus Pete's, LLC, Pinnacle Entertainment, Inc.. Discovery Plan/Scheduling Order due by 5/18/2019.(Ferrario, Mark) <br><br> NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1–1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 04/03/2019) |
| 04/04/2019 | 34 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11–2. Counsel Denise Drake, Jason Plowman, and Travis Salmon to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov. <br><br> Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney. Verified Petition due by 5/19/2019. **(no image attached)** (TR) (Entered: 04/04/2019) |
| 04/05/2019 | 35 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Denise K. Drake and DESIGNATION of Local Counsel Mark E. Ferrario (Filing fee $ 250 receipt number 0978–5495761) by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 04/05/2019) |
| 04/05/2019 | 36 | |

| | | |
|---|---|---|
| | | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jason N.W. Plowman and DESIGNATION of Local Counsel Mark E. Ferrario (Filing fee $ 250 receipt number 0978−5495765) by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana−I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 04/05/2019) |
| 04/05/2019 | 37 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Travis L. Salmon and DESIGNATION of Local Counsel Mark E. Ferrario (Filing fee $ 250 receipt number 0978−5495766) by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana−I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 04/05/2019) |
| 04/08/2019 | 38 | ORDER Granting 35 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Denise Drake and approving Designation of Local Counsel Mark E Ferrario. Signed by Judge Andrew P. Gordon on 4/8/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF − MR) (Entered: 04/08/2019) |
| 04/08/2019 | 39 | ORDER Granting 36 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Jason Plowman and approving Designation of Local Counsel Mark E Ferrario. Signed by Judge Andrew P. Gordon on 4/8/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF − MR) (Entered: 04/08/2019) |
| 04/08/2019 | 40 | ORDER Granting 37 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Travis Salmon and approving Designation of Local Counsel Mark E Ferrario. Signed by Judge Andrew P. Gordon on 4/8/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF − MR) (Entered: 04/08/2019) |
| 04/10/2019 | 41 | NOTICE; filed by Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) (Entered: 04/10/2019) |
| 04/16/2019 | 42 | **View 44 corrected image re** FIRST MOTION for Extension of Time re 32 Motion to Dismiss,, 30 Motion to Dismiss, filed by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. (Foley, Jenny) **Document not filed pursuant to LR IA 6−1 by attorney Jenny L Foley.** Attorney advised to filed documents in accordance with the local rules on 4/16/2019 (RFJ). (Entered: 04/16/2019) |
| 04/16/2019 | 43 | **CLERK'S NOTICE** Regarding violations of the Local Rules as to documents 42 : **ERROR:** Document 42 not filed pursuant to LR IA 6−2 by attorney Jenny L Foley. *The signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right−hand side of the last page of the motion* |

| | | |
|---|---|---|
| | | **CORRECTION:** and Attorney Action required: Attorney Jenny L Foley is advised to file a properly formatted Motion in accordance with LR IA 6–2, with the appropriate Article 3 Judge listed, using the correct event _Notice of Corrected Image_ and properly link newly filed Notice to document 42 pursuant to LR IC 2–2(c) and LR IC 2–2(d). **(no image attached)** (RFJ) (Entered: 04/16/2019) |
| 04/16/2019 | 44 | NOTICE of Corrected Image/Document re 42 Motion to Extend/Shorten Time,, by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Wayne Sheffield, Jamaica S. Young. (Service of corrected image is attached.) (Foley, Jenny) (Entered: 04/16/2019) |
| 04/16/2019 | 45 | ORDER Granting 42 Motion for Extension of Time re 30 , 32 Motions to Dismiss, 31 Motion to Change Venue (First Request). Responses due by 4/24/2019. Signed by Judge Andrew P. Gordon on 4/16/2019. (Copies have been distributed pursuant to the NEF – MR) (Entered: 04/16/2019) |
| 04/24/2019 | 46 | First AMENDED COMPLAINT with Jury Demand against All Defendants by Laura Perez, Jeremy Mitchell, Cynthia J. Kofron, Krystal Lockett, Wayne Sheffield, Jacqueline Davis, Tonisha S. Lonzo, David C. Devun, Jr, Racal Johnson, Tabatha K. Dozier, Nathan J. McDermott, Jamaica S. Young, Seth B. Istre, Amber L. Caswell. No changes to parties. Proof of service due by 7/23/2019. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Foley, Jenny) (Entered: 04/24/2019) |
| 04/24/2019 | 47 | RESPONSE to 30 Motion to Dismiss, by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. Replies due by 5/1/2019. (Foley, Jenny) (Entered: 04/24/2019) |
| 04/24/2019 | 48 | RESPONSE to 32 Motion to Dismiss,, by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. Replies due by 5/1/2019. (Foley, Jenny) (Entered: 04/24/2019) |
| 04/24/2019 | 49 | RESPONSE to 31 Motion to Change Venue,,,,,, by Plaintiffs Amber L. Caswell, Jacqueline Davis, David C. Devun, Jr, Tabatha K. Dozier, Seth B. Istre, Racal Johnson, Cynthia J. Kofron, Krystal Lockett, Tonisha S. Lonzo, Nathan J. McDermott, Jeremy Mitchell, Laura Perez, Wayne Sheffield, Jamaica S. Young. Replies due by 5/1/2019. (Foley, Jenny) (Entered: 04/24/2019) |
| 04/30/2019 | 50 | REPLY to Response to 30 Motion to Dismiss, 31 Motion to Change Venue, and 32 Motion to Dismiss, by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 04/30/2019) |
| 05/02/2019 | 51 | Unopposed MOTION to Extend Time (First Request) re 46 Amended Complaint,, by Defendants Ameristar Casino Council Bluffs, LLC, Ameristar Casino East Chicago, LLC, Cactus Pete's, LLC, Louisiana–I Gaming, PNK (Baton Rouge) Partnership, PNK (Bossier City), L.L.C., PNK (Lake Charles), L.L.C., PNK (River City), LLC, PNK Vicksburg, LLC, Pinnacle Entertainment, Inc., Washington Trotting Association, LLC. (Ferrario, Mark) (Entered: 05/02/2019) |
| 05/03/2019 | 52 | ORDER. IT IS ORDERED that 30 , 32 the defendants' motions to dismiss are DENIED as moot. IT IS FURTHER ORDERED that 51 the defendants' unopposed motion to extend time is GRANTED. IT IS FURTHER ORDERED that 31 the defendants' motion to change venue is GRANTED. The clerk of court is instructed to transfer this case to the United States District Court for the Western |

District of Missouri as a related action to Allen v. Pinnacle Entertainment, No. 4:17–cv–00374–GAF.

Signed by Judge Andrew P. Gordon on 5/3/2019. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 05/03/2019)