IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **KRYSTAL LOCKETT,** *et al.*, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PINNACLE ENTERTAINMENT, INC.,** *et al.*,<br><br>Defendants. | Case No. 4:19-cv-00358-GAF |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY PENDING SETTLEMENT

The parties hereby submit this Joint Status Report and Motion to Continue Stay Pending Settlement, and state as follows:

1. This case is stayed pending the Court's consideration of a motion for approval of the settlement, which is currently due to be filed on or before April 7, 2023.

2. The parties have finalized their settlement agreement and are now collecting signatures. Given the number of signatures needed, the parties request a brief extension of the deadline to file a motion for approval of the settlement to gather the remaining signatures.

3. The parties reasonably anticipate that they will be in a position to file a motion for approval on or before April 17, 2023.

4. Accordingly, the parties respectfully request that the Court enter an Order extending the stay of this case, pending the Court's consideration of a motion for approval of the settlement to be filed on or before April 17, 2023.

5. The parties have submitted a joint proposed Order for the convenience of the Court.

Dated: April 6, 2023                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**

/s/Ryan L. McClelland
Ryan L. McClelland, MO Bar No. 59343
Michael J. Rahmberg, MO Bar No. 66979
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**OSMAN & SMAY LLC**

Matthew E. Osman, MO Bar No. 60137
7111 W. 151st Street, #316
Overland Park, Kansas 66223
Telephone: (913) 667-9243
Facsimile: (866) 470-9243
mosman@workerwagerights.com
**ATTORNEYS FOR PLAINTIFFS**

and

**POLSINELLI PC**

/s/Jason N.W. Plowman
Denise K. Drake (MO #43351)
Jason N.W. Plowman (MO #67495)
Kaitlin E. Gallen (MO #65913)
Daniel J. Blum *admitted pro hac vice*
900 W. 48th Place, Suite 900

2

Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
ddrake@polsinelli.com
jplowman@polsinelli.com
kgallen@polsineli.com
jack.blum@polsinelli.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

/s/Ryan L. McClelland
**ATTORNEY FOR PLAINTIFFS**