# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KRYSTAL LOCKETT, *et al.*, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE ENTERTAINMENT, INC., *et al.*,<br><br>Defendants. | Case No. 4:19-cv-00358-GAF |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs respectfully submit this motion for final approval of a class and collective action settlement pursuant to Federal Rule of Civil Procedure 23(e). This motion is unopposed by Defendants.

In support of this motion, Plaintiffs submit Suggestions in Support, which includes the Declaration of Alexander T. Ricke (Class Counsel), the Stueve Siegel Hanson LLP Firm Resume (Ex. 1 to the Ricke Declaration) and the Declaration of Jeffrey J. Mitchell of Analytics Consulting LLC (Settlement Administrator). Plaintiffs have also submitted a Motion for Attorneys' Fees, Expenses, and Service Awards contemporaneous with the filing of this motion.

For the reasons further described in the accompanying Suggestions in Support, this Court should grant Plaintiffs' motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service awards as requested. Class Counsel will submit a Proposed Order Granting Final Approval of Class and Collective Action

Settlement for the Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: August 1, 2023

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
Michael J. Rahmberg, MO Bar No. 66979
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**OSMAN & SMAY LLC**
Matthew E. Osman, MO Bar No. 60137
7111 W. 151st Street, #316
Overland Park, Kansas 66223
Telephone: (913) 667-9243
Facsimile: (866) 470-9243
mosman@workerwagerights.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

       I hereby certify that, on August 1, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                              */s/Alexander T. Ricke*

                                              **CLASS COUNSEL**