IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KRYSTAL LOCKETT, *et al.*, both Individually and on behalf of all others Similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 19-00358-CV-W-GAF |
| PINNACLE ENTERTAINMENT, INC., *Et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.
========================================================================

Nature of Proceeding: Settlement and Attorneys' Fees hearing

Time Commenced: 11:04 a.m.                Time Terminated: 11:07 a.m.

Appearances by:    George Hanson, Ryan McClelland and Matthew Osman for Plaintiffs

                   Matthew Linnabary for Defendants

Remarks:    Parties appear as noted above and announce ready to proceed. Statements made by Mr. Hanson regarding appropriateness of settlement and motion for attorneys' fees. Court grants Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement (Doc. #250) and Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Service Awards (Doc. #251). Written order to follow.

Court Reporter: Kathy Calvert                By:  Lisa Mitchell, Courtroom Deputy